UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 12126
   STEVEN TOLIVER
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-4582


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 05/13/08 .

   2.   The case was dismissed without confirmation, 10/17/2008.

   3.   The Debtor paid a total of $    840.00 .

   4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA MORTGAGE FSB | CURRENT MORTG | .00 | .00 | .00 |
| CENTRAL CREDIT UNION OF | SECURED | .00 | .00 | .00 |
| CENTRAL CREDIT UNION OF | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| POPULAR BANK | CURRENT MORTG | .00 | .00 | .00 |
| POPULAR BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | 631.10 |
| AMERICAN GENERAL FINANCE | SECURED VEHIC | .00 | .00 | 160.18 |
| POPULAR BANK | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| MAGES & PRICE | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| STERLING & KING | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| WF FIN BANK | UNSECURED | NOT FILED | .00 | .00 |

                  Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 791.28 | .00 | .00 | .00 | 791.28 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 791.28 | .00 | .00 | .00 | 791.28 |

The Debtor's attorney, CHAD M HAYWARD                  , was allowed $      .00
and was paid $      .00 .

The Trustee received $      48.72 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/14/09                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                          PAGE  2
         CASE NO. 08 B 12126 STEVEN TOLIVER